# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL LUBAHN CLARK,

    Petitioner,

v.

S. HATTON, Warden,

    Respondent.

Case No. CV 16-1087-RSWL (JEM)

**J U D G M E N T**

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: September 26, 2017

                                        s/ RONALD S.W. LEW
                                        RONALD S.W. LEW
                                        UNITED STATES DISTRICT JUDGE